KEVIN V. RYAN, CSBN 118321  
United States Attorney  
JOANN M. SWANSON, CSBN 88143  
Assistant United States Attorney  
Chief, Civil Division  
ILA C. DEISS, NY SBN 3052909  
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055  
   San Francisco, California 94102  
   Telephone: (415) 436-7124  
   FAX: (415) 436-7169

Attorneys for Defendants

*E-filed 1/12/07*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| YURI A. TOLSTOV,<br>OLGA V. TOLSTOVA,<br>IRINA Y. TOLSTOVA,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary, DHS,<br>EMILIO T. GONZALES, USCIS Director,<br>DONALD NEUFELD, CSC Director,<br>CHRISTINE POULOS, Acting CSC Director,<br>ALBERTO GONZALES, US Attorney General,<br><br>    Defendants. | No. C 06-7179 HRL<br><br>**STIPULATION TO DISMISS; AND**<br>**[PROPOSED] ORDER** |

    Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss  
C 06-7179 HRL

1 | Dated: January 10, 2007              Respectfully submitted,

                                        KEVIN V. RYAN
                                        United States Attorney

                                        _____
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants

Dated: January 10, 2007                 _See faxed signature_____
                                        MILLIE ANNE M.L. SUMCAD
                                        Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/12/07

_____
HOWARD R. LLOYD
United States Magistrate Judge

Stipulation to Dismiss
C 06-7179 HRL

1 | Dated: January ___, 2007          Respectfully submitted,

2                            KEVIN V. RYAN
                           United States Attorney

                           ILA C. DEISS
                           Assistant United States Attorney
                           Attorney for Defendants

Dated: January _10_, 2007

                           MILLIE ANNE M.L. SUMCAD
                           Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

                           HOWARD R. LLOYD
                           United States Magistrate Judge

Stipulation to Dismiss
C 06-7179 HRL